HENRY STRONG *et al.*

*v.*

NORTHWESTERN ELEVATED RAILROAD COMPANY *et al.*

*Filed at Ottawa April 3, 1897.*

This case is controlled by the opinion rendered in *Doane* v. *Lake
Street Elevated Railroad Co.* 165 Ill. 510.

*Strong* v. *Northwestern Elevated R. R. Co.* 64 Ill. App. 533, affirmed.

APPEAL from the Appellate Court for the First Dis-
trict;—heard in that court on appeal from the Circuit
Court of Cook county; the Hon. JOHN GIBBONS, Judge,
presiding.

HAMLINE, SCOTT & LORD, for appellants.

JOHN P. WILSON, and KNIGHT & BROWN, for appellees.

Per CURIAM:    The questions presented by this record
are the same as those presented and decided in *Doane* v.
*Lake Street Elevated Railroad Co.* 165 Ill. 510, and the deci-
sion in that case must control here.

The judgment of the Appellate Court will be affirmed.

*Judgment affirmed.*